# Chicago Title Company of Washington

4100 194th St. SW, #230, Lynnwood, WA 98036
Phone: (425)775-1840 | Fax: (425)775-0990

## SELLER'S STATEMENT

| | | | |
|---|---|---|---|
| **Settlement Date:** | November 4, 2022 | **Escrow Number:** | 500137730 |
| **Disbursement Date:** | November 4, 2022 | **Escrow Officer:** | Sue Moody |
| | | **Email:** | Sue.Moody@CTT.COM |

**Borrower:** Megan Parsons

**Borrower:** Jake Harrington

**Seller:** Nancy L. Grace

**Property:** 9210 Market Place Unit G-102
Lake Stevens, WA 98258
UNIT G-102, FAIRWEATHER POINTE, A CONDO, SNOHOMISH COUNTY, WA

| | | $ DEBITS | $ CREDITS |
|---|---|---|---|
| **FINANCIAL CONSIDERATION** | | | |
| Sale Price of Property | | | 325,000.00 |
| Seller Credit | | 10,000.00 | |
| **PRORATIONS/ADJUSTMENTS** | | | |
| Homeowner Association Dues Monthly at $449.00 | 11/04/22-11/30/22 ($449.00 / 30 X 27 days) | | 404.10 |
| County Taxes at $1,338.64 | 11/04/22 to 01/01/23 ($1,338.64 / 184 X 58 days) | | 421.96 |
| **COMMISSIONS** | | | |
| Commission - Listing Agent Estimate - 3% | Green Path Real Estate | 9,750.00 | |
| Commission - Selling Agent Estimate - 3% | Lamb Real Estate | 9,750.00 | |
| **TITLE & ESCROW CHARGES** | | | |
| Title - Escrow Fee | Chicago Title Company of Washington | 1,106.00 | |
| Title - Owner's Title Insurance | Chicago Title Company of Washington | 1,106.00 | |
| Policies to be issued: | | | |
| Owners Policy | | | |
| Coverage: $325,000.00   Premium: $1,000.00 | Version: ALTA Homeowner's Policy of Title Insurance 2013 | | |
| **GOVERNMENT CHARGES** | | | |
| Excise Tax ($5,205.00) | Snohomish County Treasurer | 5,205.00 | |
| **PAYOFFS** | | | |
| Payoff of First Mortgage Loan Estimate | | 145,000.00 | |
|   Total Payoff | | 145,000.00 | |
| **HOA CHARGES** | | | |
| Homeowner Association Dues Estimate | FairWeather Pointe Condo Association | 45,000.00 | |
| **MISCELLANEOUS CHARGES** | | | |
| Property Taxes 6 months | Snohomish County Treasurer | 1,338.64 | |
| **Subtotals** | | 228,255.64 | 325,826.06 |
| **Balance Due TO Seller** | | 97,570.42 | |
| **TOTALS** | | 325,826.06 | 325,826.06 |

I have carefully reviewed the Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the Settlement Statement.

SELLER:

_____
Nancy L. Grace